IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL MCKINLEY                                                                                    PLAINTIFF

VS.                                                         CIVIL ACTION NO.  5:08cv6DCB-MTP

JOHNNY MOORE, ET AL                                                                          DEFENDANTS

## JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that this matter should be dismissed without prejudice for failure to serve process or to otherwise prosecute this case.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed without prejudice.

SO ORDERED this the   27th   day of   August  , 2008.

                                            s/ David Bramlette
                                        UNITED STATES DISTRICT JUDGE